BC

24cv2745
Judge Manish S. Shah
Magistrate Judge Jeffrey Cole
Random/Cat. 1

Kyle McClinic

**Plaintiff(s)**

v.

Cierra Norris

**Defendant(s)**

| | |
|---|---|
| Case No. | _____ |
| Contract: | _____ |
| Amount Claimed: | _____ |
| Return Date: | _____ |

## COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required.): I hired Cierra Norris in March of 2021 to represent me to the best of her abilities. In April of 2022 I accepted a plea deal to buy me more time for Cierra and I to go over the details of my case because she was to busy to do so until then and I had reached out to her office multiple times before then to do so. After going over the details, I tried to withdraw my plea, the judge presiding did not let me and sentenced me to 2 years at 50%. I had that time in due to my incarceration at the Cook County Jail However I was not credited all my time that I had served and I made Cierra aware of that before court and she said "they will fix it at Stateville" they did not and I was incarcerated from April 7, 2022 - July 12, 2022. I was incarcerated maliciously and unjustly because of Cierra and her intentional neglect and I want to be compensated for it.

The allegations in this complaint are true.

RECEIVED KSR
4/4/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Scanned with CamScanner